NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1165


CELANESE CHEMICALS, LTD.
(now Sekisui Specialty Chemicals America, LLC),

Plaintiff-Appellee,

v.


E.I. DUPONT DE NEMOURS & COMPANY
and CHANG CHUN PETROCHEMICAL CO., LTD.,

Defendants-Appellants,

v.


UNITED STATES,

Defendant-Appellee.


Gracia M. Berg, Gibson, Dunn & Crutcher LLP, of Washington, DC, argued for plaintiff-appellee. With her on the brief were Daniel J. Plaine and Zia C. Oatley. Of counsel was Oleh Vretsona.

Alexander H. Schaefer, Crowell & Moring LLP, of Washington, DC, argued for defendants-appellants. With him on the brief were Matthew P. Jaffe, and Jeffrey L. Snyder.

Mary Jane Alves, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for defendant-appellee. With her on the brief were James M. Lyons, General Counsel, and Neal J. Reynolds, Assistant General Counsel for Litigation.

Appealed from: United States Court of International Trade

Judge Delissa A. Ridgway

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1165

CELANESE CHEMICALS, LTD
(now Sekisui Specialty Chemicals America, LLC),

Plaintiff-Appellee,

v.

E.I, DUPONT DE NEMOURS & COMPANY
and CHANG CHUN PETROCHEMICAL CO., LTD.,

Defendants-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the  United States Court of International Trade

in CASE NO(S).  04-00594

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, BRYSON, and MOORE, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  December 23, 2009        /s/ Jan Horbaly
                                Jan Horbaly, Clerk